**Order filed January 23, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-01010-CV
_____

### RON VILOTTI, Appellant

V.

### FIDELITY NATIONAL TITLE INSURANCE COMPANY AND CHICAGO TITLE COMPANY, Appellees

On Appeal from the 240th District Court
Fort Bend County, Texas
Trial Court Cause No. 11-DCV-192096

## O R D E R

The notice of appeal in this case was filed August 30, 2013. To date, the filing fee has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **February 7, 2014.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM